UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONA PROTZEL,<br><br>    Plaintiff,<br><br>  v.<br><br>ALAW, et al.,<br><br>    Defendants. | No.  2:15-cv-01199-MCE-AC<br><br><br>ORDER TO SHOW CAUSE |

   This matter is before the undersigned pursuant to Local Rule 302(c)(21).  On June 18, 2015, defendants JPMorgan Chase Bank, N.A. (for itself and as receiver for defendant Washington Mutual Bank) and California Reconveyance Company (collectively "defendants") filed a motion to dismiss plaintiff's complaint, with a hearing scheduled for July 29, 2015.  ECF No. 6.  Pursuant to Local Rule 230(c), plaintiff was required to file an opposition or notice of non-opposition by July 15, 2015.  Plaintiff has yet to file either an opposition or notice of non-opposition.

   Accordingly, IT IS HEREBY ORDERED that:

  1. Plaintiff shall show cause in writing within fourteen (14) days of the date of this order why this action should not be dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute; and

////

1

2. The court's July 29, 2015, hearing on defendants' motion to dismiss is VACATED.

DATED: July 23, 2015

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE